IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON HALL RAUGHTON, o/b/o ) | |
| J.D.M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-00157-DRB |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION

Submitted now is the *Defendant's Motion to Reverse and Remand and for Entry of Final Judgment* and the supporting memorandum (Docs. 10 and 11, filed May 24, 2006). For good cause based upon the Appeal Council's determination that remand is appropriate for additional proceedings,[1] and based upon the absence of any objection to the requested remand,[2] it is hereby

**ORDERED** that the *Motion* (Doc. 10) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED**, pursuant to *sentence four* of 42 U.S.C. §405(g) for further administrative proceedings.

---

[1] Counsel for the Defendant "asked the Appeals Council to remand Plaintiff's case on the basis of new DNA evidence." Upon receipt of the remand order, the Appeals Council "will remand Plaintiff's case to the Commissioner for the purpose of issuing a fully favorable decision." (*Def's Mem.* at 1)(Doc. 11).

[2] Plaintiff did not file any response to show cause why the motion should not be granted as directed by this court's May 25, 2006 *Order* (Doc. 12). Instead, Plaintiff filed a pleading titled "Motion of Plaintiff in Support of Prayer for Complaint for Reversal and Remand for Judgment" which indicated counsel's failure to receive a copy this court's show cause order. Based upon DNA testing of the minor claimant, Plaintiff contends that this "cause stands to be remanded and a judgment entered so stating." (Doc. 15).

The final judgment requested in the supporting memorandum will be entered.[3]

Done this 6th day of June, 2006.

                                         **/s/ Delores R. Boyd**
                                         DELORES R. BOYD
                                         UNITED STATES MAGISTRATE JUDGE

---

[3]Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the 30-day period during which time a timely application for attorney fees under the Equal Access to Justice Act may be filed. (*Def's Mem.* at 1-2).