IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHARON HALL RAUGHTON, o/b/o J.D.M., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:06-CV-00157-DRB<br>[wo] |

**JUDGMENT**

In accordance with the Order entered this day granting the Defendant's motion to reverse and remand this case for further administrative proceedings, it is hereby

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT,** pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered in favor of Plaintiff, Sharon Hall Raughton, o/b/o J.D.M., and against Defendant, the Commissioner of Social Security, and that this case is **REMANDED** to the Commissioner for further consideration pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 6th day of June, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE